JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RENE BOBBY NELSON PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>TASHA BROWN et al.,<br><br>    Defendants. | Case No. 2:25-cv-04073-SB-SHK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order dismissing this case for lack of prosecution entered this day, Plaintiff's claims are dismissed without prejudice.

This is a final judgment.

Date: July 29, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1